# United States District Court
# Northern District of Texas

## Supplemental Civil Cover Sheet For Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office.  Additional sheets may be used as necessary.**

**State Court Information:**

Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

| **Court** | **Case Number** |
| --- | --- |
| County Court at Law No. 2 Dallas, County, Texas | CC-25-09774-B |

2. **Style of the Case:** *Tetiana Tereschenko et. al. v. Texas Instruments Inc., et. al.*

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

| **Party and Party Type** | **Attorney(s)** |
| --- | --- |
| **Plaintiffs**: | |
| Tetiana Tereshchenko, Individually and Natalia Pipchenko (deceased), by and Through heir, Tetiana Tereschenko, Anatolii Zvierieva, Individually and R.Z., a minor (deceased), by and through heir, Anatolii Zvierieva, Anna Zvierieva, Yuliia Gorgul, Individually and on behalf of S.G., a minor, and Oleksander Gorgul (deceased), by and Though heir, Yuliia Gorgul, Tetiana Romankenko, Yana Meheda, individually and on | **Mikal C. Watts** (Texas State Bar No. 20981820) mikal@wattsllp.com **WATTS LAW FIRM LLP** 811 Barton Springs Road, Suite 725 Austin, TX 78704 Telephone: (512) 479-0500  **Robert A. Julian** *(Pro Hae Vice Pending)* rjulian@bakerlaw.com **Dustin M. Dow** *(Pro Hae Vice Pending)* ddow@bakerlaw.com **Lauren Attard** *(Pro Hae Vice Pending)* lattard@bakerlaw.com **Renee Knudsen** *(Pro Hae Vice Pending)* rknudsen@bakerlaw.com |

| | |
|---|---|
| Behalf of V.M. and Z.M, each minors, Oksana Yevlakh, and does 1-100, | Karina Loya (Texas State Bar No. 24104687)<br>kloya@bakerlaw.com<br>**BAKER & HOSTETLER LLP**<br>2850 North Harwood Street<br>Suite 1100<br>Dallas, TX 75201<br>Telephone: (214) 210-1200<br><br>Charla Aldous (Texas State Bar No. 20545235)<br>CAldous@aldouslaw.com<br>**ALDOUS LAW**<br>4311 Oak Lawn A venue, Suite 150<br>Dallas, TX 75219<br>Telephone: (214) 307-6307<br><br>James Shaw (Texas State Bar No. 00784955)<br>j shaw@carabinshaw.com<br>**CARABIN & SHAW P.C.**<br>875 E Ashby Pl Ste 1100<br>San Antonio, TX 78212-4109<br>Telephone: (210) 222-2288 |
| **Defendants**: | |
| Mouser Electronics, Inc. | **Eliot T. Burriss**<br>State Bar No. 24040611<br>eli.burriss@faegredrinker.com<br>**Abbey M. Hernandez**<br>State Bar No. 24132413<br>Abbey.hernandez@faegredrinker.com<br>**Zack M. McConnell**<br>State Bar No. 24143181<br>zack.mcconnell@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>2323 Ross Ave., Suite 1700<br>Dallas, Texas  75201<br>(469) 357-2500 (Telephone)<br>(469) 327-0860 (Facsimile) |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?        Yes

   If "*Yes*," by which party and on what date?

   | **Party** | **Date** |
   |---|---|
   | Plaintiff | December 10, 2025 |

4. **Answer:**

   Was an Answer made in State Court?        No

   If "*Yes*," by which party and on what date?

   | **Party** | **Date** |
   |---|---|
   | N/A | N/A |

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | **Party** | **Reason(s) for No Service** |
   |---|---|
   | No Defendants have been served. | |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | **Party** | **Reason** |
   |---|---|
   | N/A | N/A |

**7.     Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| **Party** | **Claim(s)** |
|---|---|
| Plaintiffs | Negligence, Negligence Per Se, Gross Negligence, Conspiracy, Assisting and Encouraging Tortious Conduct, Fraudulent Concealment by Nondisclosure, Joint Enterprise, Wrongful Death, Survival Action |