# EXHIBIT A

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| TETIANA TERESCHENKO, INDIVIDUALLY AND NATALIA PIPCHENKO (DECEASED), BY AND THROUGH HEIR, TETIANA TERESCHENKO, ANATOLII ZVIERIEVA, INDIVIDUALLY AND R.Z., a minor (DECEASED), BY AND THROUGH HEIR, ANATOLII ZVIERIEVA, ANNA ZVIERIEVA, YULIIA GORGUL, INDIVIDUALLY AND ON BEHALF OF S.G., a minor, AND OLEKSANDER GORGUL (DECEASED), BY AND THOUGH HEIR, YULIIA GORGUL, TETIANA ROMANKENKO, YANA MEHEDA, INDIVIDUALLY AND ON BEHALF OF V.M. and Z.M, each minors, OKSANA YEVLAKH, and DOES 1-100, | § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. _____ |
| *Plaintiffs,* | | |
| v. | | |
| TEXAS INSTRUMENTS INCORPORATED, ADVANCED MICRO DEVICES, INC., INTEL CORPORATION and MOUSER ELECTRONICS, INC., and DOES 1-100, | | |
| *Defendants.* | | |

## INDEX OF DOCUMENTS

| EXHIBIT | DESCRIPTION |
|---|---|
| **A.** | Index of Matters Being Filed |
| **B.** | Docket Sheet in the State Court Action |
| **C.** | Plaintiffs' Original Petition filed on December 10, 2025 |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| **D.** | List of Counsel of Record |

Respectfully Submitted,

*/s/ Eliot T. Burriss*

**ELIOT T. BURRISS**
State Bar No. 24040611
eli.burris@faegredrinker.com
**Abbey M. Hernandez**
State Bar No. 24132413
abbey.hernandez@faegredrinker.com
**Zack M. McConnell**
State Bar No. 24143181
zack.mcconnell@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
2323 Ross Ave., Suite 1700
Dallas, Texas 75201
(469) 357-2574 (Telephone)
(469) 327-0860 (Fax)

**ATTORNEY FOR DEFENDANT MOUSER
ELECTRONICS, INC.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure on December 12, 2025.

*/s/ Eliot T. Burriss*
ELIOT T. BURRISS