# EXHIBIT B

## Case Information

CC-25-09774-B | ANATOLI ZVIERIEVA.et al vs. MOUSER ELECTRONICS, INC..et al

| | | |
|---|---|---|
| **Case Number** | **Court** | **Judicial Officer** |
| CC-25-09774-B | County Court at Law No. 2 | BELLAN, MELISSA |
| **File Date** | **Case Type** | **Case Status** |
| 12/10/2025 | OTHER (CIVIL) | OPEN |

## Party

**PLAINTIFF**
TERESCHENKO, TETIANA

Active Attorneys ▼
Lead Attorney
WATTS, MIKAL
Retained

---

**PLAINTIFF**
ZVIERIEVA, ANATOLI

Active Attorneys ▼
Lead Attorney
WATTS, MIKAL
Retained

---

**PLAINTIFF**
ZVIERIEVA, ANNA

Active Attorneys ▼
Lead Attorney
WATTS, MIKAL
Retained

---

**PLAINTIFF**
GORGUL, YULIIA

Active Attorneys ▼
Lead Attorney
WATTS, MIKAL

**PLAINTIFF**
ROMANKENKO, TETIANA

Active Attorneys ▾
Lead Attorney
WATTS, MIKAL
Retained

**PLAINTIFF**
MEHEDA, YANA

Active Attorneys ▾
Lead Attorney
WATTS, MIKAL
Retained

**PLAINTIFF**
YVELAKH, OKSANA

Active Attorneys ▾
Lead Attorney
WATTS, MIKAL
Retained

**PLAINTIFF**
Z, R

Active Attorneys ▾
Lead Attorney
WATTS, MIKAL
Retained

**PLAINTIFF**
G, S

Active Attorneys ▾
Lead Attorney
WATTS, MIKAL
Retained

**PLAINTIFF**
M, V

Active Attorneys ▾
Lead Attorney
WATTS, MIKAL
Retained

**PLAINTIFF**
M, Z

Active Attorneys ▼
Lead Attorney
WATTS, MIKAL
Retained

**DEFENDANT**
PIPCHENKO, NATALIA

**DEFENDANT**
GORGUL, OLEKSANDER

Active Attorneys ▼
Lead Attorney
WATTS, MIKAL
Retained

**DEFENDANT**
TEXAS INSTRUMENTS INCORPORATED

**DEFENDANT**
ADVANCED MICRO DEVICES, INC.

**DEFENDANT**
INTEL CORPORATION

**DEFENDANT**
MOUSER ELECTRONICS, INC.

**DEFENDANT**
DOES 1-100

## Events and Hearings

12/10/2025 NEW CASE FILED (OCA)

12/10/2025 ORIGINAL PETITION ▾

ORIGINAL PETITION
  Comment
  JURY

## Financial

TERESCHENKO, TETIANA
  Total Financial Assessment                                          $350.00
  Total Payments and Credits                                          $350.00

| 12/12/2025 | Transaction Assessment | | | $350.00 |
|---|---|---|---|---|
| 12/12/2025 | CREDIT CARD - TEXFILE (CC) | Receipt # CV-2025-15551 | TERESCHENKO, TETIANA | ($213.00) |
| 12/12/2025 | STATE CREDIT | | | ($137.00) |

## Documents

ORIGINAL PETITION