# EXHIBIT D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TETIANA TERESCHENKO, INDIVIDUALLY AND NATALIA PIPCHENKO (DECEASED), BY AND THROUGH HEIR, TETIANA TERESCHENKO, ANATOLII ZVIERIEVA, INDIVIDUALLY AND R.Z., a minor (DECEASED), BY AND THROUGH HEIR, ANATOLII ZVIERIEVA, ANNA ZVIERIEVA, YULIIA GORGUL, INDIVIDUALLY AND ON BEHALF OF S.G., a minor, AND OLEKSANDER GORGUL (DECEASED), BY AND THOUGH HEIR, YULIIA GORGUL, TETIANA ROMANKENKO, YANA MEHEDA, INDIVIDUALLY AND ONBEHALF OF V.M. and Z.M, each minors, OKSANA YEVLAKH, and DOES 1-100,<br><br>    *Plaintiffs,*<br><br>v.<br><br>TEXAS INSTRUMENTS INCORPORATED, ADVANCED MICRO DEVICES, INC., INTEL CORPORATION and MOUSER ELECTRONICS, INC., and DOES 1-100,,<br><br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§     CIVIL ACTION NO. _____ |

## LIST OF COUNSEL OF RECORD

| **Counsel for Plaintiff** | **Counsel for Defendant Mouser Electronics** |
|---|---|
| **Mikal C. Watts**<br>Texas State Bar No. 20981820<br>mikal@wattsllp.com<br>**WATTS LAW FIRM LLP**<br>811 Barton Springs Road, Suite 725<br>Austin, TX 78704<br>Telephone: (512) 479-0500 | **Eliot T. Burriss**<br>State Bar No. 24040611<br>eli.burris@faegredrinker.com<br>**Abbey M. Hernandez**<br>State Bar No. 24132413<br>abbey.hernandez@faegredrinker.com<br>**Zack M. McConnell** |

**Robert A. Julian** *(Pro Hae Vice Pending)*
rjulian@bakerlaw.com
**Dustin M. Dow** *(Pro Hae Vice Pending)*
ddow@bakerlaw.com
**Lauren Attard** *(Pro Hae Vice Pending)*
lattard@bakerlaw.com
**Renee Knudsen** *(Pro Hae Vice Pending)*
rknudsen@bakerlaw.com
**Karina Loya**
Texas State Bar No. 24104687
kloya@bakerlaw.com
**BAKER & HOSTETLER LLP**
2850 North Harwood Street Suite 1100
Dallas, TX 75201
Telephone: (214) 210-1200

**Charla Aldous**
Texas State Bar No. 20545235
CAldous@aldouslaw.com
**ALDOUS LAW**
4311 Oak Lawn Avenue, Suite 150
Dallas, TX 75219
Telephone: (214) 307-6307

**James Shaw**
Texas State Bar No. 00784955
jshaw@carabinshaw.com
**CARABIN & SHAW P.C.**
875 E Ashby Pl Ste 1100
San Antonio, TX 78212-4109
Telephone: (210) 222-2288

State Bar No. 24143181
zack.mcconnell@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
2323 Ross Ave., Suite 1700
Dallas, Texas 75201
(469) 357-2574 (Telephone)
(469) 327-0860 (Fax)

---

**LIST OF COUNSEL OF RECORD**